UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON HUMES, | No. 2:18-cv-0946 CKD P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO COUNTY, | |
| Defendant. | |

Plaintiff has filed a motion for extension of time to file an application to proceed in forma pauperis. Good cause appearing, that request will be granted. Plaintiff has also filed motions asking that the court order officials at the Sacramento County Jail to process his in forma pauperis application in this case and others. Plaintiff has approximately 40 cases pending. This request will be denied. If plaintiff is unable to submit his in forma pauperis application to the court within 30 days because jail officials are not providing plaintiff with the necessary assistance, plaintiff may seek an order from the court directing officials to assist. In requesting such an order, plaintiff shall indicate the steps he has taken in order to have his in forma pauperis application for this action processed and then identify the person at the jail who is in charge of processing in forma pauperis applications.

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 6) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file an application to proceed in forma pauperis. Plaintiff's failure to file an application to proceed in forma pauperis within 30 days may result in dismissal.

3. Plaintiff's requests that the court order officials at the Sacramento County Jail to process his applications to proceed in forma pauperis (ECF No. 4, 5 & 6) are denied.

Dated: May 15, 2018

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/bh
hume0946.36